# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

573

**KA 10-01146**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                ORDER

GARY D. LITZENBERGER, DEFENDANT-APPELLANT.

---

GARY A. HORTON, PUBLIC DEFENDER, BATAVIA (BRIDGET L. FIELD OF COUNSEL), FOR DEFENDANT-APPELLANT.

LAWRENCE FRIEDMAN, DISTRICT ATTORNEY, BATAVIA (WILLIAM G. ZICKL OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------------

    Appeal from an order of the Genesee County Court (Eric R. Adams, A.J.), entered October 21, 2009. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

    It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: April 29, 2011                                    Patricia L. Morgan
                                                                    Clerk of the Court